# Exhibit A

Roberto J. Kampfner
California State Bar No. 179026
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
rkampfner@whitecase.com

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741

*Attorneys for the Alleged Debtor*

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE | BK-16-10933-ABL |
| JOHN A. RITTER | CHAPTER 7 (Involuntary) |
| Alleged Debtor. | **ORDER (A) DIRECTING PARTIES TO MEDIATION AND APPOINTING MEDIATOR; AND (B) STAYING, IN PART, THE INVOLUNTARY BANKRUPTCY CASE** |
| | Hearing Date:<br>Hearing Time: |

On March ____, 2016, alleged debtor John A. Ritter ("**Mr. Ritter**," or, the "**Alleged Debtor**") filed his Motion for Order (a) Directing Parties to Mediation and Appointing Mediator; and (b) Staying the Involuntary Bankruptcy Case or Otherwise Extending Time to Respond to Involuntary Petition (the "**Motion**").[1]  This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

A hearing was held in respect of the Motion on March ____, 2016.  Appearances were as set forth on the record.  The Court has considered the Motion and the arguments of counsel at the hearing.  Based upon the foregoing, it is hereby

**ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that that any objections to the Motion are hereby OVERRULED; and

**IT IS FURTHER ORDERED** that Mr. Ritter and the Petitioning Creditors are hereby directed to a mediation (the "**Mediation**") regarding (a) the filing of the Involuntary Petition; and (b) the avenues for consensual resolution of the Bankruptcy Case; and (c) such other matters as may be directed by the Mediator (as such term is defined herein); and

**IT IS FURTHER ORDERED** that _____ (the "**Mediator**") is hereby appointed as the mediator to conduct the Mediation; and

**IT IS FURTHER ORDERED** that Mr. Ritter and the Petitioning Creditors shall, within two (2) business days of the entry of this Order, inform the Mediator of their availability to attend an initial conference before the Mediator, which initial conference shall occur within seven (7) business days of the entry of this Order and at which initial conference the Mediator shall establish procedures for the conduct of the Mediation; and

**IT IS FURTHER ORDERED** all bona fide creditors of Mr. Ritter shall be entitled to participate in the Mediation, but Mr. Ritter's failure to object to the participation of an alleged creditor shall not constitute an admission with respect to such alleged creditor's alleged claim; and

---

[1]  Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

**IT IS FURTHER ORDERED** that, within three (3) days after entry of this Order, Mr. Ritter or his designee shall serve a copy of this Order via First Class Mail upon (a) each party seeking a money judgment against Mr. Ritter in any lawsuit which was pending as of the Petition Date; and (b) each party that has obtained a judgment against Mr. Ritter that has not been satisfied, in each case at the last known address of counsel for such party; and

**IT IS FURTHER ORDERED** that nothing contained in the preceding decretal paragraph or elsewhere in this Order shall preclude Mr. Ritter or the Petitioning Creditors from furnishing a copy of this order on such other persons holding claims against Mr. Ritter; and

**IT IS FURTHER ORDERED** that the Mediation shall conclude on the sixtieth (60th) day after the entry of this Order, *provided that* the Mediator may extend the term of the Mediation on his own initiative or upon request of any participant if, in the Mediator's opinion, such extension would serve a valid purpose; and

**IT IS FURTHER ORDERED** that Mr. Ritter shall, by written notice filed with the Court not later than three (3) business days following the conclusion of the Mediation, inform the Court of the outcome of the Mediation in accordance with LR 9019(b); and

**IT IS FURTHER ORDERED** that, notwithstanding Bankruptcy Rule 1011(b), Mr. Ritter's response to the Involuntary Petition shall be due fourteen (14) days following the date of the notice given pursuant to the immediately preceding decretal paragraph; and

**IT IS FURTHER ORDERED** that all aspects of this Bankruptcy Case are stayed until the conclusion of the Mediation *except that* this Order shall in no way diminish, alter, or otherwise modify the stay imposed pursuant to 11 U.S.C. § 362(a) and no person shall be entitled to or to seek relief from such stay while the mediation is ongoing; and

///
///
///
///
///

**IT IS FURTHER ORDERED** that this Court shall and does retain jurisdiction to enforce and interpret the terms of this Order.

Submitted by:

Roberto J. Kampfner
California State Bar No. 179026
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA  90071
Telephone: (213) 620-7700
Facsimile:   (213) 452-2329
rkampfner@whitecase.com

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741

*Attorneys for the Alleged Debtor*

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

| | |
|---|---|
| /s/Roberto J. Kampfner | /s/Samuel A. Schwartz |
| Roberto J. Kampfner | Samuel A. Schwartz, Esq. |
| California State Bar No. 179026 | Nevada Bar No. 10985 |
| WHITE & CASE LLP | Schwartz Flansburg PLLC |
| 555 South Flower Street, Suite 2700 | 6623 Las Vegas Blvd. South, Suite 300 |
| Los Angeles, CA  90071 | Las Vegas, Nevada 89119 |
| Telephone: (213) 620-7700 | Telephone: (702) 385-5544 |
| Facsimile:  (213) 452-2329 | Facsimile: (702) 385-2741 |
| | |
| *Attorneys for the Alleged Debtor* | *Attorneys for the Alleged Debtor* |

###