Roberto J. Kampfner
California Bar No. 179026
rkampfner@whitecase.com
**WHITE & CASE LLP**
555 South Flower Street, Suite 2700
Los Angeles, CA  90071
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329

Samuel A. Schwartz
Nevada Bar No. 10985
sam@nvfirm.com
Bryan A. Lindsey
Nevada Bar No. 10662
bryan@nvfirm.com
**SCHWARTZ FLANSBURG PLLC**
6623 Las Vegas Boulevard South, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 385-5544
Facsimile:   (702) 385-2741

*Attorneys for the Alleged Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE<br><br>JOHN A. RITTER,<br><br>Alleged Debtor | CASE BK-16-10933-BTB<br><br>CHAPTER 7 (Involuntary)<br><br>**NOTICE OF FILING MOTION TO DISMISS INVOLUNTARY CHAPTER 7 BANKRUPTCY PETITION** |

Americas 91162281 v1

1     PLEASE TAKE NOTICE that the *Involuntary Petition Against an Individual* [D.I. 1] (the "**Involuntary Petition**") was filed against John A. Ritter (the "**Alleged Debtor**") on February 29, 2016 (the "**Petition Date**") by Multibank 2009-1 RES-ADC Venture, LLC ("**Multibank**"), Pacific Western Bank ("**PWB**"), and SV Litigation SPE, LLC ("**SV Litigation**," and, together with Multibank and PWB, the "**Petitioning Creditors**"); and

    PLEASE TAKE FURTHER NOTICE that service of the Involuntary Petition was effected on the Alleged Debtor on March 2, 2016 pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, made applicable in these proceedings pursuant to Rules 1018 and 7005 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and

    PLEASE TAKE FURTHER NOTICE that, as a consequence, the deadline for the Alleged Debtor to respond to the Involuntary Petition is March 28, 2016, *see* Fed. R. Bankr. P. 1011(b) (deadline for filing defenses and objections to involuntary petition fixed at 21 days following service of summons); Fed. R. Bankr. P. 9006(f) (three days added when service made under Fed. R. Civ. P. 5(b)(2)(E)); Fed. R. Bankr. P. 9006(a)(1)(C) (period concluding on Saturday extended to Monday); and

    PLEASE TAKE FURTHER NOTICE that the Alleged Debtor's *Motion to Dismiss Involuntary Chapter 7 Bankruptcy Petition and Reservation of Rights Under 11 U.S.C. § 303(i)* [D.I. 66], filed on March 21, 2016, constitutes the Alleged Debtor's response to the Involuntary Petition pursuant to Rule 12(b)(1), (2) and/or (6) of the Federal Rules of Civil Procedure, made applicable to the Involuntary Petition pursuant to Bankruptcy Rule 1011(b).

Dated: March 23, 2016
      Las Vegas, Nevada

**SCHWARTZ FLANSBURG PLLC**

By: /s/ Samuel A. Schwartz
    Samuel A. Schwartz
    Nevada Bar No. 10985
    sam@nvfirm.com
Bryan A. Lindsey
Nevada Bar No. 10662
bryan@nvfirm.com
6623 Las Vegas Boulevard South, Suite 300
Las Vegas, NV 89119
Telephone:    (702) 385-5544
Facsimile:    (702) 385-2741

—and—

**WHITE & CASE LLP**
Roberto J. Kampfner
California Bar No. 179026
rkampfner@whitecase.com
555 South Flower Street, Suite 2700
Los Angeles, CA  90071
Telephone:   (213) 620-7700
Facsimile:   (213) 452-2329

*Attorneys for the Alleged Debtor*