

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
December 18, 2017

_____

GARMAN TURNER GORDON LLP
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
E-mail: mweisenmiller@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>JOHN A. RITTER,<br>☒ Affects this Debtor. | Case No.: 16-10933-BTB<br>Chapter 11<br><br>**JOINTLY ADMINISTERED UNDER CASE NO.: 16-10933-BTB** |
| In re:<br>AGAVE PROPERTIES, LLC,<br>☒ Affects this Debtor. | Case No.: 16-13338-btb<br>Chapter 11 |
| In re:<br>CLIFF ROSE INVESTMENTS, LLC,<br>☒ Affects this Debtor. | Case No.: 16-13340-btb<br>Chapter 11 |
| In re:<br>FOCUS SOUTH GROUP, LLC,<br>☒ Affects this Debtor. | Case No.: 16-13341-btb<br>Chapter 11 |

4849-5569-2632, v. 1

| | |
|---|---|
| In re:<br>FSG-S, LLC,<br>☒ Affects this Debtor. | Case No.: 16-13342-btb<br>Chapter 11 |
| In re:<br>JV PROPERTIES, LLC,<br>☒ Affects this Debtor. | Case No.: 16-13343-btb<br>Chapter 11 |
| In re:<br>N.G.A. #2, LLC,<br>☒ Affects this Debtor. | Case No.: 16-13344-btb<br>Chapter 11 |
| In re:<br>NORTHWEST INVESTMENTS, LLC,<br>☒ Affects this Debtor. | Case No.: 16-13345-btb<br>Chapter 11 |
| In re:<br>PV LAND INVESTMENTS, LLC,<br>☒ Affects this Debtor. | Case No.: 16-13346-btb<br>Chapter 11 |
| In re:<br>SAGUARO EQUITIES, LLC,<br>☒ Affects this Debtor. | Case No.: 16-13347-btb<br>Chapter 11 |
| In re:<br>SOUTHWEST DESERT EQUITIES, LLC,<br>☒ Affects this Debtor. | Case No.: 16-13348-btb<br>Chapter 11 |
| In re:<br>SUCCOTASH, LLC,<br>☒ Affects this Debtor. | Case No.: 16-13349-btb<br>Chapter 11 |
| In re:<br>VICTOR INVESTMENTS, LLC,<br>☒ Affects this Debtor. | Case No.: 16-13350-btb<br>Chapter 11 |
| | Hearing Date: December 11, 2017<br>Hearing Time: 10:00 a.m. |

**ORDER APPROVING SECOND AND FINAL FEE APPLICATION OF GARMAN TURNER GORDON LLP, AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE ALLOWANCE OF COMPENSATION FOR <u>PROFESSIONAL SERVICES RENDERD AND REIMBURSEMENT OF EXPENSES</u>**

GARMAN TURNER GORDON LLP
650 White Drive, Ste. 100
Las Vegas, NV 89119
725-777-3000

4849-5569-2632, v. 1

2

The Court having review and considered the *Second and Final Fee Application of Garman Turner Gordon LLP, as Attorneys for the Official Committee of Unsecured Creditors, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 1828] (the "<u>Application</u>")[1] and the documents in support thereof [ECF Nos. 1829, 1830 and 1833] filed by Garman Turner Gordon LLP ("<u>GTG</u>"), the *Objection of the United States Trustee to Second and Final Fee Application of Garman Turner Gordon LLP* [ECF No. 1884] filed by the Office of the United States Trustee, and the *Reply to Objection of the United States Trustee to Second and Final Fee Application of Garman Turner Gordon LLP* [ECF No. 1889] and the documents in support thereof [ECF Nos. 1890 and 1891] filed by GTG, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to 11 U.S.C. §§ 330(a) and 331, the Application is granted as follows:

1. Professional compensation for services rendered and expenses incurred for the Compensation Period is approved in the amount of $909,968.34;

2. Professional compensation for services rendered and expenses incurred during the Final Application Period are approved on a final basis in the amount of $1,139,424.54, of which $195,037.00 already have been paid;

3. All orders granting GTG interim compensation in these Chapter 11 Cases are confirmed and final;

…

…

…

---

[1] All capitalized, undefined terms herein shall be defined in the Application.

…

4. The Reorganized Debtors are hereby authorized to pay to GTG all unpaid fees and expenses for the Compensation Period and Final Application Period.

**IT IS SO ORDERED.**

**PREPARED AND SUBMITTED BY:**

GARMAN TURNER GORDON LLP                    (APPROVED)/DISAPPROVED

                                                                                                     WHITE & CASE LLP

By: */s/ William M. Noall*
WILLIAM M. NOALL
MARK M. WEISENMILLER                         By: */s/ Roberto J. Kampfner*
650 White Drive, Suite 100                   Roberto J. Kampfner
Las Vegas, Nevada 89119                      555 South Flower Street, Suite 2700
*Counsel for the Official*                   Los Angeles, CA 90071
*Committee of Unsecured Creditors*           *Attorneys for Debtors*


(APPROVED)/DISAPPROVED                       (APPROVED)/DISAPPROVED

SCHWARTZ FLANSBURG PLLC                      ANDERSON LAW FIRM, LTD.


By: */s/ Bryan A. Lindsey*                   By: */s/ Ryan A. Andersen*
Bryan A. Lindsey                             Ryan A. Andersen
SCHWARTZ FLANSBURG PLLC                      333 South Hope Street, Suite 3625
6623 Las Vegas Boulevard South, Suite 300    Los Angeles, CA 90071
Las Vegas, NV 89119                          *Attorneys for Multibank*
*Attorneys for Debtors*


(APPROVED)/DISAPPROVED                       (APPROVED)/DISAPPROVED

FTI CONSULTING, INC.                         CONWAY MACKENZIE


By: */s/Michael Tucker*                      By: */s/ Jeffrey C. Perpea*
Michael Tucker                               Jeffrey C. Perpea
Two North Central Ave., Suite 1200           333 South Hope Street, Suite 3625
One Renaissance Square                       Los Angeles, CA 90071
Phoenix, AZ 85004-4563

1
2    (APPROVED)/DISAPPROVED
3
     THE OFFICE OF THE UNITED STATES
4    TRUSTEE
5
6    By: */s/ Jason Blumberg*            ___
     Jason Blumberg
7    501 "I" Street, Suite 7-500
     Sacramento, CA 95814-2322
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GARMAN TURNER GORDON LLP
650 White Drive, Ste. 100
Las Vegas, NV 89119
725-777-3000

5

4849-5569-2632, v. 1

## **LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

ROBERTO KAMPFNER, ESQ. for White &Case [Approved]

BRYAN LINDSEY for Schwartz Flansburg [Approved]

RYAN A. ANDERSEN for Multibank [Approved]

MICHAEL TUCKER for FTI Consulting [Approved]

JEFFREY C. PEREA for Conway MacKenzie [Approved]

JASON BLUMBERG for the Office of the United States Trustee [Approved]

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###